

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| LEONEL HERNANDEZ, | § | No. 08-19-00152-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D03827) |
| | § | |

## **O R D E R**

The Court has this day considered the joint agreed motion for an extension of time to file the trial court's findings and concludes the motion should be GRANTED.

Therefore, the trial court has until January 18, 2022, to file the written findings of fact pursuant to this Court's order of September 21, 2021. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings on or before January 28, 2022.

IT IS SO ORDERED this 19th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.